# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ARION LAVON GOBLE,

    Petitioner,

v.                                CASE NO. 3:15cv581/MCR/EMT

JULIE JONES,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 2, 2017. ECF No. 24. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus, ECF No. 1, is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 22nd day of September, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**